USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

THE BAR METHOD FRANCHISING INC.,

Defendant.

---

No.   18-CV-7545 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 26, 2018, the parties submitted a notice of settlement in this case. *See* Dkt. 10. The Court then issued an order discontinuing this action "without prejudice to restoring the action to this Court's docket if the application to restore the action [was] made within thirty (30) days." Dkt. 11. The Court also stated that "[i]f the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the record and 'so ordered' by the Court within the same thirty-day period." *Id.* (citing *Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

On August 22, 2019, nearly nine months after the thirty-day period expired, the parties submitted a consent decree for the Court's approval, adoption, and entry. *See* Dkt. 12. The parties are ordered, no later than September 17, 2019, to file a letter explaining why the Court retains jurisdiction over this action given that the parties did not seek to restore this action or

submit a settlement agreement within the requisite timeframe.

SO ORDERED.

Dated:   August 27, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge